**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MIRIAM MALDONADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL STATIONS INC.; and DOES 1 through 10,<br><br>Defendants. | **Case No.: 2:20-cv-10962-AB (MAAx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MIRIAM MALDONADO ("Plaintiff") and Defendant IMPERIAL STATIONS INC. (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety.  Each party shall bear her or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  April 16, 2021         SO. CAL. EQUAL ACCESS GROUP

By: */s/        Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated: April 19, 2021         **COLLINS & KHAN LLP**

By: _____*/s/ Karen Rai*_____
Karen Rai, Esq.
Attorney for Defendant

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 19, 2021         By: */s/ Jason J. Kim*
Jason J. Kim